UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
  )
        Plaintiff,  )   Case No. _Cr.S-04-243 DFL_
  )
    v.  )   RELEASE ORDER NO. _____
  )
_Thomas Edward Mason_  )   ORDER FOR RELEASE OF
        Defendant.  )   PERSON IN CUSTODY

TO:   UNITED STATES MARSHAL:

    This is to authorize and direct you to release _____

_Thomas Edward Mason_, Case No. _Cr.S-04-243 DFL_,

Charge _Violation of Supervised Release_,

from custody ~~subject to the conditions contained in the attached "Notice to Defendant Being Released"~~ and for the following reasons:

    ____ Release on Personal Recognizance

    ____ Bail posted in the sum of $_____

        ____ Unsecured Appearance Bond

        ____ Appearance Bond with 10% Deposit

        ____ Appearance Bond with Surety

        ____ Corporate Surety Bail Bond

    _X_(Other) _Defendant Sentenced to 60 days (Time Served)_

~~This release order is not effective until the defendant has signed and understands the attached "Notice to Defendant Being Released".~~

    Issued at _Sac'to, CA_ on _2/16/_,

_2006_ at _11 30_ (a.m./p.m.)

By _/s/ DFL_
United States District Judge or
United States Magistrate

Copy 5 - Court