**FILED**
FEB 27 2006
JACK L. WAGNER, CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____

# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.
**THOMAS EDWARD MASON**
(Defendant's Name)

JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **2:04CR00243 01**

**RACHELLE BARBOUR, AFD**
Defendant's Attorney

## THE DEFENDANT:
[✓] admitted guilt to violation of charge 1 as alleged in the violation petition filed on 12/12/2005.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation:

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | USE OF A CONTROLLED SUBSTANCE | 11/17/2005 |

The court: [✓] revokes supervision heretofore ordered on 09/30/2004.

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

02/16/2006
Date of Imposition of Sentence

_____
Signature of Judicial Officer

**HON. DAVID F. LEVI**, United States District Judge
Name & Title of Judicial Officer

2/24/2006
Date

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office
ATTEST  Jack L. Wagner
Clerk, U. S. District Court
Eastern District of California
By_____
Deputy Clerk
02/27/06

| | |
|---|---|
| CASE NUMBER: 2:04CR00243 01 | Judgment - Page 2 of 2 |
| DEFENDANT: THOMAS EDWARD MASON | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 60 DAYS.

[ ]  The court makes the following recommendations to the Bureau of Prisons:

[✔]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
   [ ] at ___ on ___.
   [ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   [ ] before ___ on ___.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Officer.
   If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal